UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 22-cr-00282-01 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| ANTHONY DEON POUNCY (01) | MAGISTRATE JUDGE HORNSBY |

# ORDER

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

It is hereby ordered, adjudged, and decreed that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count One of the Superseding Indictment.

THUST DONE AND SIGNED in Shreveport, Louisiana, this _____ day of August, 2023.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE